## UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: M. MILLER BAKER, JUDGE

| | |
|---|---|
| THE HARRISON STEEL CASTINGS CO. ) <br> ) <br>       *Plaintiff,*    ) <br>   v.                     ) <br>                       ) <br> UNITED STATES,      ) <br>                       ) <br>       *Defendant.*   ) | Court No.: 20-00147 |

## **NOTICE OF APPEAL**

Notice is hereby given that THE HARRISON STEEL CASTINGS CO., plaintiff in the above captioned action, appeals to the United States Court of Appeals for the Federal Circuit from the final judgment and order entered in this action on June 11, 2021 (Slip Op. 21-73).

                                               Respectfully submitted,

                                               /s/ Christopher M. Kane
                                             Christopher M. Kane

                                             SIMON GLUCK & KANE LLP
                                             Attorneys for Plaintiffs
                                             535 Fifth Avenue, 4th Floor
                                             New York, New York 10017
                                             Tel: (212) 775-0055
                                             ckane@customs-law.com

Dated:     July 21, 2021